UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 3:16-BK-002232-JAF |
| | CHAPTER 11 |
| PREMIER EXHIBITIONS, INC. a/k/a PRYXIE LIQUIDATION CORP., *et al.*,[1] | (Jointly Administered) |
| Debtors. _____/ | |
| MARK C. HEALY of Michael Moecker & Associates, Inc., Liquidating Trustee, | ADV. NO. 3:18-ap-00064-JAF (consolidated with) |
| Plaintiff, v. | |
| DAOPING BAO, | |
| Defendant _____/ | |
| MARK C. HEALY of Michael Moecker & Associates, Inc., Liquidating Trustee, | ADV. NO. 3:20-ap-00051-JAF |
| Plaintiff, v. | |
| DAOPING BAO, *et al.*, | |
| Defendants. _____/ | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO SERVE RESPONSES AND OBJECTIONS TO DEFENDANT
DAOPING BAO'S FIRST SET OF INTERROGATORIES**

The Plaintiff, Mark C. Healy of Moecker & Associates, Inc. (the "Trustee"), Liquidating

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pryxie Liquidation Corp. (4922); Pryxie Liquidation 1P LLC (3101); Pryxie Liquidation 2A LLC (3101); Pryxie Liquidation 5I LLC (5075); Pryxie Liquidation 3N Inc. (9246); Pryxie Liquidation 4M LLC (3867), and Pryxie Liquidation 6D Corp. (7309).

Trustee under the Liquidating Trust Agreement formed and Implemented pursuant to the Debtors' confirmed First Amended Chapter 11 Plan of Liquidation, files this Unopposed Motion for Extension of Time to Serve Responses and Objections to First Set of Interrogatories of Defendant Daoping Bao ("Bao") to Plaintiff (the "Motion"), and says:

1. On June 18, 2021, Defendant Bao served his First Set of Interrogatories on the Trustee, resulting in a response/objection deadline of July 19, 2021.

2. Because of conflicting summer vacation and work schedules, the Trustee needs on additional 30 days to serve his response/objections to the interrogatories.

3. Subject to this Court's approval, the parties have agreed to extend the Trustee's response/objection deadline to and including August 18, 2021.

4. Based upon the foregoing, good cause exists to grant the requested extension.

5. Counsel for the Defendants have advised that they have no objection to the relief requested herein.

6. A proposed form of agreed order is attached to this Motion.

WHEREFORE, Plaintiff requests that Motion be granted, that his 30-day extension request be approved, and for any other relief the Court deems appropriate.

Dated this 19th day of July, 2021.

        AGENTIS, PLLC
*Counsel for Plaintiff*
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel: (305) 722-2002

By: /s/ Robert P. Charbonneau
    Robert P. Charbonneau, Esq.
    Fla. Bar No. 968234
    Email: rpc@agentislaw.com
    Christopher B. Spuches, Esq.
    Fla. Bar No. 42456
    Email: cbs@agentislaw.com
    Jason A. Martorella, Esq.
    Fla. Bar No. 92868
    Email: jam@agentislaw.com

-and-

CIMO MAZER MARK PLLC
*Co-Counsel for the Plaintiff*
100 S.E. 2nd Street, Suite 3650
Miami, FL 33131
Tel:  (305) 374-6480
Fax: (305) 374-6488

By: /s/ David C. Cimo
    David C. Cimo, Esq.
    Fla. Bar No. 775400
    Email: dcimo@cmmlawgroup.com
    Marilee A. Mark, Esq.
    Fla. Bar No. 725961
    Email: mmark@cmmlawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on July 19, 2021.

By    /s/ David C. Cimo
        David C. Cimo, Esq.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 3:16-BK-002232-JAF |
| | CHAPTER 11 |
| PREMIER EXHIBITIONS, INC. a/k/a | |
| PRYXIE LIQUIDATION CORP., *et al.*,[2] | (Jointly Administered) |
|     Debtors. | |
| _____/ | |
| MARK C. HEALY of Michael Moecker & | ADV. NO. 3:18-ap-00064-JAF |
| Associates, Inc., Liquidating Trustee, | (consolidated with) |
|     Plaintiff, | |
| v. | |
| DAOPING BAO, | |
|     Defendant | |
| _____/ | |

---

[2]The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pryxie Liquidation Corp. (4922); Pryxie Liquidation 1P LLC (3101); Pryxie Liquidation 2A LLC (3101); Pryxie Liquidation 5I LLC (5075); Pryxie Liquidation 3N Inc. (9246); Pryxie Liquidation 4M LLC (3867), and Pryxie Liquidation 6D Corp. (7309).

MARK C. HEALY of Michael Moecker & Associates, Inc., Liquidating Trustee,

    Plaintiff,

v.

DAOPING BAO, *et al.*,

    Defendants.

_____/

ADV. NO. 3:20-ap-00051-JAF

**AGREED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO SERVE RESPONSES AND OBJECTIONS TO <u>DEFENDANT DAOPING BAO'S FIRST SET OF INTERROGATORIES</u>**

THIS MATTER came before the Court on the Unopposed Motion for Extension of Time for Plaintiff to Serve Responses and Objections to Defendant Daoping Bao's First Set of Interrogatories [Doc. No. ___ ] (the "Motion"). The Court, having reviewed the Motion and understanding that counsel for the Defendants have advised they have no objection, finds good cause for the relief sought. Accordingly, it is

ORDERED as follows:

1. The Motion is granted.

2. Plaintiff shall have through and including August 18, 2021, to serve his responses and objections to the interrogatories.

# # #

Attorney David C. Cimo is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

# SERVICE LIST

**Via CM/ECF**
**3:18-ap-00064-JAF Notice will be electronically mailed to:**

Daniel F Blanks on behalf of Debtor RMS Titanic, Inc.
daniel.blanks@nelsonmullins.com,
matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Robert P Charbonneau on behalf of Plaintiff Official Committee of Equity Security Holders of Premier Exhibitions, Inc.
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com

Robert P Charbonneau on behalf of Plaintiff Mark C Healy
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com

David C Cimo on behalf of Plaintiff Mark C Healy
dcimo@cmmlawgroup.com, ekelly@cmmlawgroup.com

Alan F Curley on behalf of Defendant Sellers Capital, LLC
, nball@robinsoncurley.com

Alan F Curley on behalf of Defendant Jack Jacobs
acurley@robinsoncurley.com, nball@robinsoncurley.com

Alan F Curley on behalf of Defendant Mark A. Sellers
, nball@robinsoncurley.com

Alan R Dolinko on behalf of Defendant Sellers Capital, LLC
, nkaspar@robinsoncurley.com

Alan R Dolinko on behalf of Defendant Jack Jacobs
adolinko@robinsoncurley.com, nkaspar@robinsoncurley.com

Alan R Dolinko on behalf of Defendant Mark A. Sellers
, nkaspar@robinsoncurley.com

Kenneth D Murena on behalf of Defendant Sellers Capital Master Fund, LTD
kmurena@dvllp.com, jserna@dvllp.com

Cristina B Rodriguez on behalf of Defendant Douglas Banker
cbrodriguez@stroock.com, cfernandez@stroock.com

Cristina B Rodriguez on behalf of Defendant Richard Kraniak
cbrodriguez@stroock.com, cfernandez@stroock.com

John T Rogerson, III on behalf of Defendant Sellers Capital, LLC
john.rogerson@arlaw.com, megan.farmer@arlaw.com;richene.oliver@arlaw.com

John T Rogerson, III on behalf of Defendant Jack Jacobs
john.rogerson@arlaw.com, megan.farmer@arlaw.com;richene.oliver@arlaw.com

John T Rogerson, III on behalf of Defendant Mark A. Sellers
john.rogerson@arlaw.com, megan.farmer@arlaw.com;richene.oliver@arlaw.com

James J. Webb on behalf of Defendant Daoping Bao
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

**Via CM/ECF**
**3:20-ap-00051-JAF Notice will be electronically mailed to:**

Robert P Charbonneau on behalf of Plaintiff Mark Healy, as Liquidating Trustee
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com

David C Cimo on behalf of Plaintiff Mark Healy, as Liquidating Trustee
dcimo@cmmlawgroup.com, ekelly@cmmlawgroup.com

Marilee Anne Mark on behalf of Plaintiff Mark Healy, as Liquidating Trustee
mmark@cmmlawgroup.com, ekelly@cmmlawgroup.com

Robert M Stein on behalf of Defendant Gou "David" Ding
rstein@rvmrlaw.com, dperez@rvmrlaw.com

Robert M Stein on behalf of Defendant Jerome Henshall
rstein@rvmrlaw.com, dperez@rvmrlaw.com

Robert M Stein on behalf of Defendant Mark Bains
rstein@rvmrlaw.com, dperez@rvmrlaw.com

Robert M Stein on behalf of Defendant Michael Evans
rstein@rvmrlaw.com, dperez@rvmrlaw.com

Robert M Stein on behalf of Defendant Sid Dutchak
rstein@rvmrlaw.com, dperez@rvmrlaw.com

James J. Webb on behalf of Defendant Daoping Bao
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

James J. Webb on behalf of Defendant Gou "David" Ding
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

James J. Webb on behalf of Defendant Jerome Henshall
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

James J. Webb on behalf of Defendant Mark Bains
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

James J. Webb on behalf of Defendant Michael Evans
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com

James J. Webb on behalf of Defendant Sid Dutchak
jwebb@mitrani.com, mmorhaim@mitrani.com;dbitran@mitrani.com