**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

PREMIER EXHIBITIONS, INC. a/k/a
PRYXIE LIQUIDATION CORP., *et al*

Debtors,
_____/

MARK C. HEALY of Michael Moecker &
Associates, Inc., Liquidating Trustee under the
Liquidating Trust Agreement formed and
Implemented pursuant to the Debtors'
confirmed First Amended Chapter 11 Plan of
Liquidation,

Plaintiff,

v.

DAOPING BAO, MICHAEL EVANS, SID
DUTCHAK, MINGCHENG TAO, JEROME
HENSHALL, MARK BAINS, and GUO
"DAVID" DING,

Defendants.
_____/

Case No. 3:16-BK-002232-JAD

CHAPTER 11
(Jointly Administered)

ADV. NO. 20-00051-JAF

(consolidated with ADV. NO. 3:20-ap-00064-JAF)

**PLAINTIFF'S AND DEFENDANTS'**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Mark C. Healy, as Liquidating Trustee under the Liquidating Trust Agreement

formed and Implemented pursuant to the Debtors' confirmed First Amended Chapter 11 Plan of

Liquidation, and Defendants, Daoping Bao, Michael Evans, Sid Dutchak, Jerome Henshall, Mark

Bains, and Guo "David" Ding, jointly move the Court for an extension of the deadlines set forth

in the Court's Agreed Scheduling Order [D.E. 100 in Adv. No. 20-00051 (the "2020 Adversary")

and D.E. 97 in Adv. No. 00064 (the "2018 Adversary")].

1.     These consolidated adversary proceedings involve complex procedural and

substantive issues regarding alleged breaches of fiduciary duties by the post-merger directors of

1

Premier Exhibitions, Inc (the "Company").

2.      On April 20, 2020, Plaintiff, Mark C. Healy, as Liquidating Trustee under the Liquidating Trust Agreement formed and Implemented pursuant to Debtors' confirmed First Amended Plan of Liquidation, filed a First Amended Adversary Complaint [D.E. 54 in the 2018 Adversary] against defendant Daoping Bao only in the 2018 Adversary.

3.      On the same day, Plaintiff filed its Adversary Complaint against each of the Defendants in the 2020 Adversary, alleging causes of action for breach of fiduciary duty, objection to claims, and equitable subrogation [D.E. 1].[1]

4.      On July 20, 2020, the Court entered its Notice Scheduling Pretrial/Status Conference in the 2020 Adversary (the "Pretrial Order") [D.E. 44].

5.      On August 28, 2020, the Court entered an order consolidating the 2018 Adversary and 2020 Adversary for all purposes, including trial [D.E. 65].

6.      Plaintiff and Defendants conferred and agreed upon a scheduling order [D.E. 100].

7.      As the confidentiality and privilege issues are complex in and of themselves, it took the parties substantial time to negotiate and enter into a Confidentiality and Claw Back Agreement.

8.      Additionally, there is voluminous electronic discovery in these cases, and many of the depositions that will be taken in this case will involve witnesses in foreign countries.

9.      Accordingly, all of the parties require additional time to conduct discovery to prepare the cases for trial.

10.     Counsel for all of the parties conferred and agree to the relief requested herein, including to the proposed amended scheduling order attached hereto.

---

[1] The rest of this motion references docket entries in the 2020 Adversary.

11.    This motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this motion.

12.    Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully submit that they have shown good cause, and that the Court's discretion is best utilized by granting the requested extension.

13.    No prior extensions of time have been sought.

Respectfully submitted,

**MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.**
*Attorneys for Defendant, Daoping Bao*
301 Arthur Godfrey Road
Miami Beach, Florida 33140
Telephone: (305) 358-0050
Facsimile: (305) 358-0550

By: */s/ Daniel S. Bitran*
          Daniel S. Bitran
          Florida Bar No. 124041
          James Webb
          Florida Bar No. 80993
          dbitran@mitrani.com
          jwebb@mitrani.com

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
*Counsel for Defendants, Jerome Henshall, Michael Evans,*
*Sid Dutchak, Mark Bains and Guo "David" Ding*
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519

By */s/ Robert M. Stein*
          Robert M. Stein
          Florida Bar No. 093936
          rstein@rvmrlaw.com
          dsuazo@rvmrlaw.com

3

Jeffrey A. Tew
Florida Bar No. 121291
jtew@rvmrlaw.com

**AGENTIS, PLLC**
*Counsel for Plaintiff*
Robert P. Charbonneau, Esq.
Christopher B. Spuches, Esq.
Jason A. Martorella, Esq.
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel: (305) 722-2002

By */s/ Robert P. Charbonneau*
        Robert P. Charbonneau, Esq.
        Fla. Bar No. 968234
        Email: rpc@agentislaw.com
        Christopher B. Spuches, Esq.
        Fla. Bar No. 42456
        Email: cbs@agentislaw.com
        Jason A. Martorella, Esq.
        Fla. Bar No. 92868
        Email: jam@agentislaw.com

**CIMO MAZER MARK PLLC**
*Co-Counsel for the Plaintiff*
100 S.E. 2nd Street, Suite 3650
Miami, FL 33131
Tel: (305) 374-6480
Fax: (305) 374-6488

By: */s/ David C. Cimo*
        David C. Cimo, Esq.
        Fla. Bar No. 775400
        Email: dcimo@cmmlawgroup.com
        Marilee A. Mark, Esq.
        Fla. Bar No. 725961
        Email: mmark@cmmlawgroup.com

## <u>FILER'S ATTESTATION</u>

Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Daniel S. Bitran attests that concurrence in the filing of this paper has been obtained from counsel for defendants, Evans, Dutchak, Henshall, Bains, and Guo "David" Ding

By   */s/ Daniel S. Bitran*
　　　　　Daniel S. Bitran

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 27th day of January, 2022, we electronically filed the foregoing with the Clerk of Court via the CM/EF Portal which will serve a true and correct copy to the following:

AGENTIS, PLLC
Robert P. Charbonneau, Esq.
Christopher B. Spuches, Esq.
Jason A. Martorella, Esq.
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel: (305) 722-2002
rpc@agentislaw.com
cbs@agentislaw.com
jam@agentislaw.com
*Counsel for Plaintiff*

CIMO MAZER MARK PLLC
David C. Cimo, Esq.
Marilee A. Mark, Esq.
100 S.E. 2nd Street, Suite 3650
Miami, FL 33131
Tel: (305) 374-6480
Fax: (305) 374-6488
decimo@cmmlawgroup.com
mmark@cmmlawgroup.com
*Co-Counsel for Plaintiff*

RENNERT VOGEL MANGEL
& RODRIGUEZ, P.A.
Robert M. Stein, Esq.
Jeffrey A. Tew, Esq.
100 S.E. 2nd Street, Suite 2900
Miami, FL 33131
Tel: (305) 577-4177
Fax: (305) 533-8519
rstein@rvmrlaw.com
dperez@rvmrlaw.com
jtew@rvmrlaw.com

By */s/ Daniel S. Bitran*

6