ORDERED.

Dated: February 02, 2022

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

IN RE:

PREMIER EXHIBITIONS, INC. a/k/a
PRYXIE LIQUIDATION CORP., *et al.*,

    Debtors.
_____/

Chapter 11
Case No. 3:16-bk-2232-JAF
Case No. 3:16-bk-2233-JAF
Case No. 3:16-bk-2234-JAF
Case No. 3:16-bk-2235-JAF
Case No. 3:16-bk-2236-JAF
Case No. 3:16-bk-2237-JAF
Case No. 3:16-bk-2238-JAF
(Jointly Administered)

MARK C. HEALY as Liquidating Trustee,

    Plaintiff,

v.

DAOPING BAO, *et al.*,

    Defendants.
_____/

Adv. Pro. 3:20-ap-0051-JAF
Adv. Pro. 3:18-ap-0064-JAF
(Consolidated for All Purposes)

**AGREED SCHEDULING ORDER**

THIS MATTER came before the Court on *Plaintiff's and Defendants' Joint Motion to Amend Scheduling Order* [D.E. 111] filed by the parties (the "Motion"). Upon consideration of the Motion, the parties' agreement, and the record in these consolidated proceedings, it is

ORDERED:

1. The deadlines in these consolidated proceedings shall be modified as follows.

2. All deadlines not set or modified by this Order will be as set forth in Local Rule 7001-1. To the extent that there is any conflict between Local Rule 7001-1 and this Order, this Order shall control.

3. The Parties agree to attend a mediation within 60 days after the conclusion of fact discovery (the "Outside Mediation Date"), at a mutually agreeable location and time with a mutually acceptable mediator, except that the parties may voluntarily agree to mediate at an earlier date, or any party may seek the entry of an order of the court compelling and/or authorizing mediation at an earlier date upon the filing of a motion requesting same with notice to counsel for the other parties and an opportunity to be heard.

4. All fact discovery must be completed by October 17, 2022.

5. All expert disclosures under Fed. R. Civ. P. 26(a)(2) and initial expert reports must be served by November 30, 2022. Rebuttal expert reports, if any, must be served by December 30, 2022.

6. All expert discovery must be completed by January 31, 2023.

7. All dispositive motions must be filed and served by February 28, 2023

8. The Final Pretrial Conference will be held in April 24, 2023 at 1:30 pm.

9. This Order shall be without prejudice to either Party seeking an extension or continuance of the deadlines set forth herein.

# # #

<u>Copy to</u>:
David C. Cimo, Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same